# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LOIS MOLL, PATRICIA SUTTERER,** ) | | |
| **and SHIRLEY GORMAN individually** ) | | |
| **and on behalf of all others** ) | | |
| **similarly situated,** ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | **Case No. 3:07-cv-271** | |
| ) | | |
| **HASBRO, INC., a foreign corporation,** ) | | |
| ) | **JURY TRIAL DEMANDED** | |
| Defendant. ) | | |

## ORDER

This matter comes before the Court upon Defendant Hasbro, Inc.'s Consent Motion for Extension to Respond to Plaintiffs' Motion to Remand and for Attorneys' Fees (Doc. 13). Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including June 13, 2007 to file a response.

IT IS SO ORDERED.

Date: June 12, 2007          /s/          David   RHerndon

                                          DISTRICT COURT JUDGE